# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2016

### NO. 03-15-00497-CV

**Karen E. Landa, Appellant**

**v.**

**Charles L. Farris, Appellee**

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on July 21, 2015. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.